UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:11-CV-110-R

AMANDA BOSSET,
On Behalf of the Minor Child,
"L.T.",                                                                                            PLAINTIFF,


VS.          **REPORT OF PARTIES' PLANNING MEETING**


DAVID SPEARS AND CHRISTIAN
COUNTY BOARD OF EDUCATION,                                                       DEFENDANTS.


Pursuant to F.R.C.P. 26(f) and the Court's Order of July 20, 2011, the parties have conferred concerning an agreed litigation plan and propose the following:

1. **Prediscovery Disclosures.**

The parties have been ordered to exchange the information required by F.R.C.P. 26(a)(1) by September 2, 2011.

2. **Discovery Plan.**

The parties jointly propose to the Court the following discovery plan. The issues contested are liability and extent of injury and the damages as a result thereof.

All discovery will be completed by June 30, 2012.

Interrogatories by each party to any other party will be governed by F.R.C.P. 33. Requests for Admission by each party to any other party will be governed by F.R.C.P. 36. Maximum of ten (10) depositions by Plaintiff and ten (10) depositions by each Defendant, unless otherwise agreed by the parties. The duration of each

deposition will be governed by F.R.C.P. 30 unless extended by agreement of the parties by order of the Court.

Reports from retained experts under F.R.C.P. 26(1)(2) are due:

From Plaintiff's expert by March 30, 2012, and from Defendant's expert by April 30, 2012.

Supplementations under Rule 26(e) are due within thirty (30) days of the date a party learns that in some material respect the information disclosed is incomplete, incorrect, or otherwise been made to the disclosing party. Supplementations pursuant to this Rule shall be made no later than thirty (30) days after the close of discovery.

### 3. Other Items.

The parties request a pretrial conference in August 2012.

The parties shall file all motions to amend pleadings by December 30, 2011.

All potentially dispositive motions shall be filed by July 30, 2012.

Settlement cannot be evaluated prior to the completion of discovery and a settlement conference is not requested at this time.

Final list of witnesses and exhibits under Rule 26(a)(3) should be due thirty (30) days prior to trial.

Parties shall have fourteen (14) days after the service of a final list of witnesses and exhibits to list objections under Rule 26(a)(3).

This case should be ready for trial by September 2012 and will take approximately 2-3 days.  It is believed there will be issues to submit to a jury on liability

and damages. The parties have discussed referral of the case to a United States Magistrate and plaintiff's counsel is not willing to consent to such referral.

This 19th day of August, 2011.

          s/    Kenneth R. Haggard
               Kenneth R. Haggard
               800 South Virginia Street
               P. O. Box 4037
               Hopkinsville, KY 42241-4037
               Tel:   270-885-1417
               Attorney for Plaintiff
               kenslaw@ccol.net

          s/    Regina A. Jackson
               Regina A. Jackson (signed with permission)
               English, Lucas, Priest & Owsley
               1101 College Street
               P. O. Box 770
               Bowling Green, KY 42101
               Tel:   270-781-6500
               Attorney for Defendant David Spears
               rjackson@elpolaw.com

          s/    Jack N. Lackey, Jr.
               Jack N. Lackey, Jr. (signed with permission)
               Deatherage, Myers & Lackey
               701 South Main Street
               P. O. Box 1065
               Hopkinsville, KY 42240
               Tel:   270-886-6800
               Attorney for Defendant Christian County Board Of Education
               jlackey@dmsllaw.com