# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION
## CASE NO. 5:11CV-110-R

AMANDA BOSSET,
on behalf of the Minor Child, "L.T."                                                    PLAINTIFF


vs.                                    **NOTICE OF SUBPOENA**


DAVID SPEARS AND CHRISTIAN
COUNTY BOARD OF EDUCATION                                                  DEFENDANTS


     PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 45,

the defendant, David Spears, by counsel, will serve the attached subpoena.


       ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
       1101 College Street; P.O. Box 770
       Bowling Green, KY 42102-0770
       Telephone: (270) 781-6500
       Facsimile: (270) 782-7782
       E-mail: rjackson@elpolaw.com


       /s/ *Regina A. Jackson*
       REGINA A. JACKSON

## CERTIFICATE OF SERVICE

     I hereby certify that on October 24, 2011, I electronically filed the foregoing with
the clerk of the court by using the CM/ECF system, which will send a notice of electronic
filing to the following:

Mr. Kenneth R. Haggard
800 South Virginia Street
P.O. Box 1437
Hopkinsville, KY  42241-1437

1018253

Mr. Jack N. Lackey
Deatherage, Myers & Lackey, PLLC
701 South Main Street
P.O. Box 1065
Hopkinsville, KY  42241-1065

   */s/ Regina A. Jackson*
Regina A. Jackson